**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 24-1664**

—————————

KARL LINARD MALLOY,

>    Debtor - Appellant,

>    v.

UNKNOWN,

>    Appellee.

—————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Roderick Charles Young, District Judge.  (3:24-cv-00171-RCY)

—————————

Submitted:  July 24, 2025                                   Decided:  July 28, 2025

—————————

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Karl Linard Malloy, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karl Linard Malloy seeks to appeal the district court's order dismissing for lack of jurisdiction his appeal from the bankruptcy court's order denying his motion for audio recordings of several hearings. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Malloy v. Unknown*, No. 3:24-cv-00171-RCY (E.D. Va. Jun. 18, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*